siding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 7, 1919.

Alfred F. Tompkins, for appellant. Richard J. Cooney and John A. Verhoeven, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Walter S. Britton, by Stephen A. Britton, appellee, v. Consumers Company, appellant. Gen. No. 24,763.**

Action to recover damages for personal injuries from barrel negligently placed on roof of defendant's ice house, and blown off and upon plaintiff. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of fact. Opinion filed April 7, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Wilkerson, Cassels & Potter and John M. McKinley, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Crafts & Stevens and Winters, Price & Stevens, for appellee; Clayton E. Crafts, George M. Stevens and J. C. Risk, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Edward Navratel, by Edward Navratel, his father, appellee, v. Curtis Door & Sash Company, appellant. Gen. No. 24,641.**

Action to recover for personal injuries sustained on being struck by motor truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of fact. Opinion filed April 7, 1919. Rehearing denied April 21, 1919.

King, Brower & Hurlbut, for appellant. Daniel L. Madden, James V. Cunningham and Roy C. Merrick, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Bessie Bermbaum, appellant. Gen. No. 23,703.**

Contempt proceeding for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed April 7, 1919. Holdom, J., dissenting.

Darrow & Sissman, for appellant; Victor S. Yarros, of counsel. Rosenthal, Hamill & Wormser, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

**James S. O'Brien et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). Ash-Madden-Rae Company et al., appellees, v. International Ladies' Garment Workers' Union et al. (defendants). In the matter of the contempt of Lizzie Dorfman, appellant. Gen. No. 23,707.**

Contempt proceeding for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Jesse